ing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-7258. Pascal C. Bolomet, et ux., Petitioners v. RLI Insurance Company, et al.**

562 U.S. 1133, 131 S. Ct. 976, 178 L. Ed. 2d 745, 2011 U.S. LEXIS 352.

January 10, 2011. Motion of petitioners for leave to proceed in forma pauperis denied. Petitioners are allowed until January 31, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-7274. Eugene Wideman, Petitioner v. Colorado, et al.**

562 U.S. 1133, 131 S. Ct. 976, 178 L. Ed. 2d 745, 2011 U.S. LEXIS 497, 

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until January 31, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 409 Fed. Appx. 184.

**No. 10-7326. Brendan E. Murray, Petitioner v. Securities and Exchange Commission.**

562 U.S. 1133, 131 S. Ct. 977, 178 L. Ed. 2d 745, 2011 U.S. LEXIS 375.

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until January 31, 2011, within which to pay the

docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-7331. Therese Guirlando, Petitioner v. T. C. Ziraat Bankasi, A.S.**

562 U.S. 1133, 131 S. Ct. 977, 178 L. Ed. 2d 745, 2011 U.S. LEXIS 259.

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until January 31, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court. Justice Sotomayor took no part in the consideration or decision of this motion.

Same case below, 602 F.3d 69.

**No. 10-7359. Patricia A. Handley, Petitioner v. Chase Bank USA N.A., et al.**

562 U.S. 1133, 131 S. Ct. 977, 178 L. Ed. 2d 745, 2011 U.S. LEXIS 326, 

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until January 31, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 387 Fed. Appx. 166.

**No. 10-7384. Kaytrena J. Francis, Petitioner v. United States, et al.**

562 U.S. 1133, 131 S. Ct. 977, 178 L. Ed. 2d 745, 2011 U.S. LEXIS 153.

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis

denied. Petitioner is allowed until January 31, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 376 Fed. Appx. 792.

**No. 10-7721. Joseph Edward McConnel, Petitioner v. United States.**

562 U.S. 1133, 131 S. Ct. 977, 178 L. Ed. 2d 746, 2011 U.S. LEXIS 400.

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until January 31, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 09-1138. TAM Travel, Inc., et al., Petitioners v. American Airlines, Inc., et al.**

562 U.S. 1134, 131 S. Ct. 896, 178 L. Ed. 2d 746, 2011 U.S. LEXIS 256.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 583 F.3d 896.

**No. 09-1353. Iron Thunderhorse, Petitioner v. Bill Pierce, Individually and in His Official Capacity as Chaplaincy Director of the Texas Department of Criminal Justice, et al.**

562 U.S. 1134, 131 S. Ct. 896, 178 L. Ed. 2d 746, 2011 U.S. LEXIS 534.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 364 Fed. Appx. 141.

**No. 09-11099. Darryl Simms, Petitioner v. Gerardo Acevedo, Warden.**

562 U.S. 1134, 131 S. Ct. 896, 178 L. Ed. 2d 746, 2011 U.S. LEXIS 367.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 595 F.3d 774.

**No. 09-11126. J. Doe, Petitioner v. Richard L. Duncan, et al.**

562 U.S. 1134, 131 S. Ct. 896, 178 L. Ed. 2d 746, 2011 U.S. LEXIS 599.

January 10, 2011. Petition for writ of certiorari to the Supreme Court of South Carolina denied.

**No. 09-11208. Terry L. Corber, Petitioner v. United States.**

562 U.S. 1134, 131 S. Ct. 897, 178 L. Ed. 2d 746, 2011 U.S. LEXIS 65.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 596 F.3d 763.

**No. 10-116. Grant County Black Sands Irrigation District, et al., Petitioners v. United States Bureau of Reclamation, et al.**

562 U.S. 1134, 131 S. Ct. 897, 178 L. Ed. 2d 746, 2011 U.S. LEXIS 50.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.